# Morgan Lewis

**Ira G. Rosenstein**
Partner
+1.212.309.6960
ira.rosenstein@morganlewis.com

April 14, 2025

**Via ECF**

Hon. Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *Roey Segev v. Delta Air Lines, Inc.*, **Case No. 1:24-cv-07838**

Dear Judge Brodie:

This firm represents Defendant Delta Air Lines, Inc. ("Delta") in the above-referenced matter. In accordance with Your Honor's Order dated April 2, 2025, the parties have met and conferred and have agreed to the following briefing schedule for Delta's motion to dismiss:

- Deadline for Delta to serve moving papers: May 30, 2025.
- Deadline for Plaintiff to serve opposition papers: July 14, 2025.
- Deadline for Delta to serve reply papers: August 13, 2025.

In accordance with Your Honor's Individual Practices and Rules, the parties will file their motion papers on August 13, 2025; the day the motion will be fully briefed.

We thank the Court for its time and attention concerning this matter.

Respectfully submitted,

*s/ Ira G. Rosenstein*

Counsel for Delta

C: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY 10178-0060      T +1.212.309.6000
United States                F +1.212.309.6001