# Morgan Lewis

**Ira G. Rosenstein**
Partner
+1.212.309.6960
ira.rosenstein@morganlewis.com

May 23, 2025

**Via ECF**

Hon. Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** ***Roey Segev v. Delta Air Lines, Inc.*, Case No. 1:24-cv-07838**

Dear Judge Brodie:

This firm represents Defendant Delta Air Lines, Inc. ("Delta") in the above-referenced matter. We write jointly with counsel for Plaintiff Roey Segev ("Plaintiff') to inform the Court that the parties are engaged in discussions about a potential early resolution of this matter. To allow the parties to focus on those discussions, the parties request that the Court stay all pending deadlines in this matter for a period of 45 days. If the matter does not resolve in that time, the parties propose to submit a joint letter to the Court on or before July 7, 2025 with a new proposed briefing schedule for Defendant's motion to dismiss.

We thank the Court for its time and attention concerning this matter.

Respectfully submitted,

*s/ Ira G. Rosenstein*

Counsel for Delta

C: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060          **T** +1.212.309.6000
United States                    **F** +1.212.309.6001